F I L E D
Clerk
District Court

MAY 26 2026

for the Northern Mariana Islands
By_____
(Deputy Clerk)

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS**

YUETONG WANG,

    Petitioner,

  v.

SERGIO ALBARRAN, et al.,

    Respondents.

Case No. 1:26-cv-00009

**ORDER GRANTING RESPONDENTS'
MOTIONS TO APPEAR BY VIDEO**

   Before the Court is the Federal Respondents' Motion to Appear by Video (ECF No. 10), filed on May 26, 2026. Therein, the Federal Respondents request leave for their counsel, based in Guam and unable to appear in person, to appear for the hearing set for May 27, 2026, by video. The Court finds good cause and GRANTS the request.

   Also before the Court is Respondent Anthony Torres's Unopposed Motion to Appear by Video (ECF No. 11), filed on May 26, 2026. Therein, Respondent Torres requests leave for his counsel, who is currently off-island, to appear by video at the same hearing. The Court finds good cause and GRANTS this request.

   Counsel are directed to contact the clerk's office for further instructions.

   IT IS SO ORDERED this 26th day of May, 2026.

          _____
          RAMONA V. MANGLONA
          Chief Judge

1